# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

| | |
|---|---|
| GAYLE J. EVANS, JR., INDIVIDUALLY AND AS A MEMBER OF DURANT DEVELOPMENT, LLC, A MISSISSIPPI LIMITED LIABILITY COMPANY | **PLAINTIFF** |
| VS. | CAUSE NO.: 5:24-cv-25-DCB-LGI |
| CHANCE J. EVANS, INDIVIDUALLY; CHANCE J. EVANS, MANAGER OF DURANT DEVELOPMENT, LLC, A MISSISSIPPI LIMITED LIABILITY COMPANY; AND, DURANT DEVELOPMENT COMPANY, A MISSISSIPPI LIMITED LIABILITY COMPANY | **DEFENDANTS** |

## DEFENDANTS, CHANCE J. EVANS, MANAGER OF DURANT DEVELOPMENT, LLC AND DURANT DEVELOPMENT, LLC'S NOTICE OF REMOVAL OF CIVIL ACTION

COME NOW, Chance J. Evans, Manager of Durant Development, LLC and Durant Development, LLC, by and through their undersigned counsel of record, and pursuant to 28 U.S.C §1332, § 1367, § 1441, §1446, and §1447 and hereby file this Notice of Removal of this civil action from the Chancery Court of Lincoln County, Mississippi, Fifteenth Chancery Court District, to the United States District Court for the Southern District of Mississippi, Western Division, stating as follows:

1. **Removal.** Defendants, Chance J. Evans, Manager of Durant Development, LLC

and Durant Development, LLC, hereby remove this civil action from the Chancery Court of Lincoln County, Mississippi to the United States District Court for the Southern District of Mississippi, Western Division, pursuant to 28 U.S.C. § 1441(a)[1].

2. **The State Court Action.** *Gayle J. Evans, Jr., Individually and as a Member of Durant Development, LLC, a Mississippi Limited Liability Company v. Chance J. Evans, Individually; Chance J. Evans, Manager of Durant Development, LLC, a Mississippi Limited Liability Company; and Durant Development Company, a Mississippi Limited Liability Company*, was filed in the Chancery Court of Holmes County, Mississippi, on October 18, 2023 by Plaintiff, Gayle J. Evans, Jr., through his attorneys of record, Wayne Dowdy and Thomas W. Brock. Plaintiff filed a *First Amended Complaint*, dated March 1, 2024 against Chance J. Evans, Manager of Durant Development, LLC and Durant Development, LLC. The *First Amended Complaint* seeks damages in the form of a constructive trust based upon his civil claims of fraud, conversion, concealment, wrongful acts, abuse of confidence, and unconscionable conduct [¶59]; civil damages for unjust enrichment [¶60]; civil damages for the tort of wrongful holding [¶61]; civil damages for abuse of authority and unlawful exclusion [¶63]; civil damages for unlawful and wrongful conduct [¶64]; civil damages for injuries based upon fraudulent concealment and fraudulent inducement [¶88]; civil damages for breach of fiduciary duties [¶94]; civil damages for unlawful exclusion [¶102]; civil damages for breach of contract [¶107]; and punitive damages [¶109].

---

[1] The Fifteenth Judicial District of the Chancery Court of Lincoln County, Mississippi is located within the Western Division of the Southern District of this Court. 28 U.S.C. § 104(b)(4).

On January 15, 2024, Defendant, Chance J. Evans, individually, filed a *Motion to Dismiss or in the Alternative Transfer*, demanding the transfer of the case from the Chancery Court of Holmes County, Mississippi to the proper venue. By *Order on Motion to Transfer Venue*, dated March 11, 2024, the Chancellor, considering only the jurisdiction issue, ruled that the Holmes County, Mississippi Chancery Court did not have jurisdiction and transferred the matter to the Chancery Court of Lincoln County, Mississippi.

3. **Filings in State Court.** All of the filings in State Court record are attached to this notice as Exhibit "**A**." The filings reference the Holmes County, Mississippi Chancery Court and not the Lincoln County, Mississippi Chancery Court, since the transfer has not been completed. In addition, pursuant to 28 U.S.C. § 1447 and Rule 5(b) of the Local Uniform Civil Rules of the United States District Courts for the Northern District of Mississippi and the Southern District of Mississippi, a complete copy of the state court record will be electronically filed as a single docket item in this matter no later than fourteen (14) days after the docketing of this Notice of Removal.

4. **Propriety of Removal.** Pursuant to U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

5. **Diversity Jurisdiction.** Pursuant to 28 U.S.C. § 1332 the United States District Court has original diversity jurisdiction of any civil action where the matter in controversy

exceeds the sum or value of $75,000.00, exclusive of interest and costs and is between citizens of different states.

6. **Timeliness.** Thirty days have not elapsed since the receipt of the *First Amended Complaint*, dated March 1, 2024 by Defendants, Chance J. Evans, Manager of Durant Development, LLC and Durant Development, LLC; one year has not elapsed since the commencement of this action. No answer has yet been required of Defendant, Chance J. Evans, Manager of Durant Development, LLC and Durant Development, LLC in the state court action. Therefore, Defendants, Chance J. Evans, Manager of Durant Development, LLC and Durant Development, LLC have not proceeded to defend the action or otherwise invoke the processes of that Court.

7. **Consent to Remove by All Defendants.** Chance J. Evans, individually will consent and join in the removal of this matter.

8. **Notice to Others.** Pursuant to 28 U.S.C. § 1446, a notification to the state court of this removal is attached hereto as Exhibit "**B**."

9. **Demand for a Jury Trial.** Pursuant to Federal Rule of Civil Procedure 38, Defendants, Chance J. Evans, Manager of Durant Development, LLC and Durant Development, LLC hereby demand a jury trial on any issue triable of right by a jury.

**WHEREFORE, PREMISES CONSIDERED,** Defendants, Chance J. Evans, Manager of Durant Development, LLC and Durant Development, LLC remove this action to the United States District Court for the Southern District of Mississippi, Western Division.

THIS the 15th day of March, 2024.

Respectfully submitted,

**CHANCE J. EVANS, MANAGER OF DURANT DEVELOPMENT, LLC AND DURANT DEVELOPMENT, LLC**


/s/ Lane B. Reed
**LANE B. REED, OF COUNSEL**


PREPARED BY:

LANE B. REED
MISS. BAR NO. 10002
MARY KATHRYN WILLIAMSON
MISS. BAR NO. 103000
ASHLEY A. JOHNSON
MISS. BAR NO. 105313
McGEHEE, McGEHEE & TORREY
ATTORNEYS AT LAW
POST OFFICE BOX 188
MEADVILLE, MISSISSIPPI 39653
TELEPHONE: 601-384-2343
FACSIMILE: 601-384-5442
ELECTRONIC MAIL: mmtlaw@mmtlaw.net

## CERTIFICATE OF SERVICE

I, Lane B. Reed, McGehee, McGehee, & Torrey, attorney of record for Chance J. Evans, do hereby certify that I have this date filed this **DEFENDANTS, CHANCE J. EVANS, MANAGER OF DURANT DEVELOPMENT, LLC AND DURANT DEVELOPMENT, LLC'S NOTICE OF REMOVAL OF CIVIL ACTION** with the Clerk of the Court using the ECF Filing System, which sent notification of such filing to the following:

>Wayne Dowdy, Esquire
>Dowdy Cockerham & Watt
>Post Office Box 30
>Magnolia, Mississippi 39652
>**waynedowdy@waynedowdy.com**
>**cebbers@waynedowdy.com**

THIS, the 15th day of March, 2024.

BY:  /s/ Lane B. Reed
**LANE B. REED, OF COUNSEL
McGEHEE, McGEHEE & TORREY**